4–MALI L.L.C., Plaintiff–Appellant,

v.

BANKERS INSURANCE CO., Defendant–Appellee.

No. 03–30460.

United States Court of Appeals, Fifth Circuit.

Dec. 11, 2003.

Stacy C. Auzenne, Keiser, Auzenne & Boudreaux, Keiser, Auzenne & Boudreaux, for Plaintiff–Appellant.

Gerald Joseph Nielsen, John Dennis Carter, Nielsen Law Firm, Metairie, LA, for Defendant–Appellee.

Before GARWOOD, JOLLY and CLEMENT, Circuit Judges.

PER CURIAM.*

4–Mali L.L.C. ("4–Mali") appeals the district court's judgment dismissing its complaint claiming flood insurance coverage. The district court held that 4–Mali's claims were not covered by a Standard Flood Insurance Policy ("SFIP"), and that, in any event, 4–Mali had failed to comply with the SFIP's procedural requirements. We hold that the district court did not err in finding that 4–Mali's failure to provide a proof of loss statement within sixty days of the flood precludes coverage. *See Gowland v. Aetna*, 143 F.3d 951, 953–54 (5th

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.